IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Philip A. Brimmer**

Criminal Case No. 13-cr-00254-PAB

UNITED STATES OF AMERICA,

 Plaintiff,

v.

1. AKIHIKO SIEGFRIED,

 Defendant.
_____

**ORDER**
_____

  This matter comes before the Court on the June 10, 2019 letter of defendant Akihiko Siegfried [Docket No. 52], wherein Mr. Siegfried requests that his "probation" be terminated early. The Court will construe his letter as a motion pursuant to 18 U.S.C. § 3583(e)(1) to terminate supervised release early.

  The Court directed that the government and the Probation Department respond to Mr. Siegfried's request, Docket No. 53. Both the United States and the Probation Department have filed responses objecting to his request for early termination. Docket Nos. 54, 55.

  On March 10, 2014, Mr. Siegfried was sentenced to 63 months imprisonment and three years supervised release for crimes relating to mail fraud. The defendant began supervised release (not probation, as indicated by defendant) on June 22, 2018. The defendant became eligible for early termination on June 21, 2019.

The Probation Department's Post-Conviction Risk Assessment rates the defendant as a high risk for recidivism. The defendant has a lengthy criminal history and a substantial track record of failing to comply with probation and parole. In the underlying offense, the defendant defrauded an elderly gentleman of over $500,000 over the course of several years. These reasons alone warrant denial of the defendant's request. Moreover, the Probation Department indicates that the defendant is currently in the middle of moral reconation therapy. The Court believes that Mr. Siegfried should finish such therapy, as well as the remainder of his term of supervised release.

Wherefore, it is ORDERED that the June 10, 2019 letter of defendant Akihiko Siegfried [Docket No. 52], which the Court construes as a request for early termination of supervised release, is denied.

DATED July 1, 2019.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
Chief United States District Judge